**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
EVEROD REID,

                Petitioner,

-against-

DIRECTOR THOMAS DECKER, as Field Office
Director, New York City Field Office, U.S.
Immigration & Customs Enforcement, DIRECTOR
JAMES McHENRY, as Director of the Executive
Office for Immigration review, ACTING
SECRETIART KEVIN K. McALEENAN, as Acting
Secretary, U.S. Department of Homeland Security,
and ATTORNEY GENERAL WILLIAM BARR, as
Attorney General, U.S. Department of Justice,

                Respondents.
------------------------------------------------------------X

19 **CIVIL** 8393 (KPF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 2, 2020, Reid's petition for a Writ of Habeas Corpus is granted; within fourteen days of the date of the Opinion and Order, Respondents shall either provide Reid with an individual bond hearing consistent with the Opinion and Order or release him; accordingly, this case is closed.

**DATED:** New York, New York
             March 3, 2020

                                            **RUBY J. KRAJICK**
                                                Clerk of Court
                              BY:

                                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/3/2020